**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00452-CR
No. 05-13-00453-CR
No. 05-13-00454-CR

**FABIAN FEDRICE GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-28079-H, F12-24798-H, F12-27927-H**

## ORDER

The Court **REINSTATES** the appeals.

On August 12, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 16, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the August 12, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
       JUSTICE